# United States Bankruptcy Court

## of the

## Northern District Of Illinois

## Western Division

Trustee's Final Report

In Re: KIMBERLY M. POWELL
5316 DIANE DRIVE
ROCKFORD, IL  61108

Case Number: 06-71092

SSN-xxx-xx-2497

|  |  |
|---|---|
| Case filed on: | 6/23/2006 |
| Plan Confirmed on: | 9/29/2006 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $53,878.12          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 003 | AURORA LOAN SERVICE INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AURORA LOAN SERVICES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CODILIS & ASSOCIATES P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COLLECT AMERICA LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ENCORE RECEIVABLE MANAGEMENT INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FIRST NATIONAL BANK OF MARIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | HFC | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | HFC | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | HFC | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | IC SYSTEM, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | WASHINGTON MUTUAL CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | KIMBERLY M. POWELL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | AMERIFIRST HOME IMPROVEMENT FINANCE | 11,217.43 | 0.00 | 0.00 | 0.00 |
| 002 | AMERIFIRST HOME IMPROVEMENT FINANCE | 1,723.05 | 1,723.05 | 1,723.05 | 0.00 |
| 004 | AURORA LOAN SERVICES INC. | 104,230.03 | 0.00 | 0.00 | 0.00 |
| 005 | AURORA LOAN SERVICES INC. | 13,156.99 | 7,331.75 | 7,331.75 | 0.00 |
| 007 | CAPITAL ONE AUTO FINANCE | 16,494.40 | 16,494.40 | 16,494.40 | 1,719.92 |
|  | Total Secured | 146,821.90 | 25,549.20 | 25,549.20 | 1,719.92 |
|  |  |  |  |  |  |
| 007 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 322.56 | 322.56 | 322.56 | 0.00 |
| 010 | CAPITAL ONE | 363.86 | 363.86 | 363.86 | 0.00 |
| 013 | FAIRLANE CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FINGERHUT DIRECT MARKETING INC/CIT BANK | 578.92 | 578.92 | 578.92 | 0.00 |
| 017 | FIRST NATIONAL BANK OF MARIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PREMIER BANKCARD/CHARTER | 330.83 | 330.83 | 330.83 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 7,287.82 | 7,287.82 | 7,287.82 | 0.00 |
| 024 | CREDITORS BANKRUPTCY SERVICE | 763.23 | 763.23 | 763.23 | 0.00 |
| 025 | ECAST SETTLEMENT CORPORATION | 8,895.84 | 8,895.84 | 8,895.84 | 0.00 |
| 029 | ECAST SETTLEMENT CORPORATION | 290.11 | 290.11 | 290.11 | 0.00 |
| 030 | PORTFOLIO RECOVERY ASSOCIATES | 2,299.18 | 2,299.18 | 2,299.18 | 0.00 |
| 032 | NATIONAL ASSET RECOVERY INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | CREDITORS BANKRUPTCY SERVICE | 793.38 | 793.38 | 793.38 | 0.00 |
| 035 | SST/COLUMBUS BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | WASHINGTON MUTUAL CARD SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | CAPITAL ONE | 259.44 | 259.44 | 259.44 | 0.00 |
| 039 | LVNV FUNDING LLC | 435.01 | 435.01 | 435.01 | 0.00 |
|  | Total Unsecured | 22,620.18 | 22,620.18 | 22,620.18 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 169,442.08 | 48,169.38 | 48,169.38 | 1,719.92 |

# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Total Paid Claimant:      $49,889.30
Trustee Allowance:        $3,988.82
Percent Paid Unsecured:      100.00

      Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

          _/s/ Lydia S. Meyer_____
          Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008          By  _/s/Heather M. Fagan_